UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS E. WAGES                                                      PLAINTIFF

v.                          CASE NO. 4:09cv00706 BSM

STEMMERICH, INC.                                                     DEFENDANT

### ORDER

Plaintiff, Thomas E. Wages ("Wages"), moves for the voluntary dismissal of this action. [Doc. No. 16]. Defendant has not responded. The motion is granted. Wages's claims are dismissed without prejudice. All other motions are denied as moot.

IT IS SO ORDERED this 22nd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE